UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

H. FREDERICK PETERSON, as owner of the marine vessel LOFOTEN SPIRIT,

Plaintiff,

v.

JAMES R. ALLEN, et al.,

Defendants.

Case No. C07-1866MJP

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF H. FREDERICK PETERSON , and on behalf of DEFENDANTS in the amount of $1,401.00 as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. DEPOSITION COSTS | $860.10 | 0 | $860.10 |
| II. PRINTING COSTS | $146.20 | 0 | $146.20 |
| III. WITNESS FEE | $144.68 | 0 | $144.20 |
| IV. DOCKET FEE | $20.00 | 0 | $20.00 |
| V. ABSTRACT & RECORDING FEE | $41.00 | $41.00 | 0 |

Costs for obtaining abstract of title and recording claim of lien are not taxable.

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| VI. OTHER COSTS | $1,408.52 | $1,137.50 | $271.02 |

Cost of mediator is not taxable.

Dated this ___3rd___ day of APRIL, 2009 .

_____
Bruce Rifkin
Clerk, U.S. District Court

TAXATION OF COSTS -- 2